**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-6105**

---

UNITED STATES OF AMERICA,

 Plaintiff – Appellee,

 v.

JAIME CISNEROS-GARCIA,

 Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (3:08-cv-00618-RLV; 3:03-cr-00096-RLV-1)

---

Submitted: December 22, 2010      Decided: January 10, 2011

---

Before WILKINSON, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jaime Cisneros-Garcia, Appellant Pro Se.  Michael E. Savage, Assistant United States Attorney, Kenneth Michel Smith, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaime Cisneros-Garcia seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Cisneros-Garcia has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny the motions for stay of deportation pending appeal and to expedite decision, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED
